IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA FREEMSTER, | No. 2:15-CV-1447-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. Pending before the court is plaintiff's motion (Doc. 6) for an extension of time to submit service documents to the United States Marshal. Good cause appearing therefor, the request is granted. Plaintiff's submission of service documents on or about August 13, 2015, is deemed timely.

IT IS SO ORDERED.

DATED: August 27, 2015

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE